DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0427 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE  HEARING; |
| v. | ) | ORDER |
| | ) | |
| JUAN CARLOS LARA, | ) | Date:   January 14, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender

Peggy Sasso, Counsel for Defendant Juan Carlos Lara, that the hearing currently set for December 17,

2010 at 9:00 a.m., **may be rescheduled to January 14, 2011 at 9:00 a.m.**

This continuance is at the request of counsel for defendant because the parties have not received

the Presentence Investigation Report from Probation, notwithstanding the fact that Mr. Lara submitted his

Modified Worksheet for the Presentence Report on November 5, 2010, ten days earlier than the deadline

requested by Probation.  The requested continuance will conserve time and resources for both counsel and

the court.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3   3161(h)(7)(B)(i) and (iv).

4                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
5

6   Dated: December 15, 2010                            /s/ Susan Phan
                                                         SUSAN PHAN for IAN GARRIQUES
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10

11  Dated: December 15, 2010                            /s/ Peggy Sasso
                                                         PEGGY SASSO
12                                                       Assistant Federal Defender
                                                         Attorney for Defendant
13                                                       JUAN CARLOS LARA

14

15

16

17                                  **ORDER**

18  **Good cause exists for the requested continuance.**

19

20

21

22                  IT IS SO ORDERED.

23  **Dated:    December 15, 2010          /s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28